**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOUG STUMPF,<br><br>　　　　Defendant. | CASE NO: 2:19-cr-133-APG-VCF<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that that the United States Probation Office, District of Nevada, will prepare a Pre-Plea Presentence Investigation Report on Defendant DOUG STUMPF in case number 2:19-cr-133-APG-VCF.

DATED this   30th   day of    September   , 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
　　　　　　　　　　　　　　　　　　　　THE HONORABLE ANDREW P. GORDON

4