**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUG STUMPF,

    Defendant.

2:19-cr-00133-APG-VCF

**ORDER**

Before the Court is the Emergency Motion for Temporary Release from Custody to Attend Son's Funeral Service (ECF No. 264).

The Court just received this emergency motion informing the Court that Defendant's son's funeral is in less than two days. The Court is contemplating ordering temporarily release of Defendant Stumpf on the morning of June 14, 2021 to attend his son's funeral and for immediate self-surrender after the funeral.

Accordingly,

IT IS HEREBY ORDERED that the Government and pretrial services must file their position to the Emergency Motion for Temporary Release from Custody to Attend Son's Funeral Service (ECF No. 264) on or before 12:00 PM, July 13, 2021.

DATED this 12th day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE