# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUG STUMPF,

    Defendant.

2:19-cr-00133-APG-VCF

**ORDER**

Before the Court is the Emergency Motion for Temporary Release from Custody to Attend Son's Funeral Service (ECF No. 264). The Court has reviewed the Government's Opposition (ECF No. 267) and Pretrial Services Report.

Defendant has not provided sufficient basis for the Court to temporarily release Defendant Stumpf on the morning of June 14, 2021 to attend his son's funeral and for immediate self-surrender after the funeral.

Accordingly,

IT IS HEREBY ORDERED that Emergency Motion for Temporary Release from Custody to Attend Son's Funeral Service (ECF No. 264) is DENIED.

DATED this 13th day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE