# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-cr-00133-APG-VCF |
| vs. | **ORDER** |
| DOUG STUMPF, | |
| Defendant. | |

Before the Court is Doug Stumpf's Letter dated November 18, 2021 (ECF No. 294).

Lucas Gaffney, Esq. was appointed as counsel of record for Doug Stumpf on May 27, 2020.  (ECF No. 198).   Stumpf filed the instant letter on his own behalf.  (ECF No. 294).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Defendant may not file motions on his own behalf.  *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Stumpf's letter ECF No. 294 from the docket.

DATED this 22nd day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE