Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUG STUMPF,<br><br>Defendant. | Case No. 2:19-cr-00133-APG-MDC-7<br>ORDER GRANTING<br>**Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal** |

Comes now, the Defendant Doug Stumpf, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Federal, files this Motion Seeking Leave to File Mr. Stumpf's Financial Affidavit Under Seal Pursuant to Local Rule 10-5. Mr. Stumpf seeks to file the financial affidavit under seal because it discloses his full financial information.

/ / /

/ / /

/ / /

For the reasons set forth above, Mr. Stumpf respectfully requests the Court allow him leave to file the financial affidavit under seal in order to substantively support his motion for appointment of counsel.

DATED this 18th day of March, 2025

                                              Respectfully submitted,
                                              Rene L. Valladares
                                              Federal Public Defender

                                   By:  /s/ *Heidi A. Ojeda*
                                              Heidi A. Ojeda
                                              Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: March 20, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE